## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| ANTHONY M. KOPICZ | : | Bankruptcy No. 15-18750 REF |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| GARDEN STATE VENTURES LLC: | | 11 U.S.C. §362 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY M. KOPICZ | : | |
| | : | |
| Debtor | : | |
| | : | |
| FREDERICK L. REIGLE, ESQUIRE: | | |
| | : | |
| Trustee | : | |

## PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY GARDEN STATE VENTURES LLC WITH REGARD TO 4090 PAINTED SKY ROAD, READING, PA 19606

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtor's Answer to the Motion for Relief from Automatic Stay Filed by Garden State Ventures LLC with Regard to 4090 Painted Sky Road, Reading, PA 19606, filed in the above matter on or about July 18, 2016.

Dated:  September 6, 2016           s/   David S. Gellert
                                    David S. Gellert, Esquire
                                    Attorney for Debtor
                                    3506 Perkiomen Avenue
                                    Reading, PA 19606
                                    610-779-8000
                                    Fax: 610-370-1393