**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony M. Kopicz<br>            Debtor | CHAPTER 13 |
| GARDEN STATE VENTURES, LLC<br>            Movant<br>vs.<br>Anthony M. Kopicz<br>            Debtor | NO. 15-18750 REF |
| Frederick L. Reigle Esq.<br>            Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4090 Painted Sky Road, Reading, PA 19606 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: September 8, 2016**

_____
United States Bankruptcy Judge.

Anthony M. Kopicz
4090 Painted Sky Road
Reading, PA 19606

David S. Gellert Esq.
3506 Perkiomen Avenue (VIA ECF)
Reading, PA 19606

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532