### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | DATE: 10/25/2016 |
|    ANTHONY M. KOPICZ | : Chapter 13 | TIME:  9:30 A.M. |
| | : | COURTROOM  #1 |
|    Debtor | :Bankruptcy  No. 15-18750 REF | THE MADISON |
| | : | 400 WASHINGTON |
| | : | READING, PA  19601 |

## DEBTOR'S MOTION TO VACATE ORDER GRANTING GARDEN STATE VENTURES, LLC, RELIEF FROM THE AUTOMATIC STAY WITH REGARD TO 4090 PAINTED SKY ROAD, READING, PA 19606

Anthony M. Kopicz, the above Debtor, by and through his attorney, David S. Gellert, Esquire, of David S. Gellert, P. C., files his Motion to vacate this Court's September 8, 2016 Order granting Garden State Ventures, LLC, relief from the automatic stay and in support thereof states the following:

1.  On September 8, 2016, this Court entered its Order granting relief to Garden State Ventures, LLC ("Garden State").

2.  At the time the Motion was filed, the Debtor had requested a hardship withdrawal from his 401(k) to provide the necessary funds to bring his account with Garden State current.

3.  The process to obtain these funds was longer than anticipated such that Debtor's counsel could not provide Garden State counsel with an exact timetable for receipt of these funds thereby resulting in the Order for Relief being granted.

4.  Debtor now has the funds necessary to bring the account current.  Debtor's counsel has requested that Garden State counsel provide the exact sum necessary.

WHEREFORE, the Debtor requests that this Court enter its Order similar to the form attached hereto vacating the Order for relief entered by this Court on September 8, 2016

Dated:    September 27, 2016     　　　　　　　　　s/   David S. Gellert
　　　　　　　　　　　　　　　　　　　　　　　　David S. Gellert, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　I.D. No. 32294
　　　　　　　　　　　　　　　　　　　　　　　　David S. Gellert, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　3506 Perkiomen Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Reading, PA 19606
　　　　　　　　　　　　　　　　　　　　　　　　(610) 779-8000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (610) 370-1393