# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| ANTHONY M. KOPICZ | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 15-18750 REF |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Anthony M. Kopicz, through his attorney, David S. Gellert, Esquire, of David S. Gellert, P.C., has filed a Motion to Vacate this Court's September 8, 2016 Order granting Garden State Ventures, LLC, relief from the automatic stay with regard to 4090 Painted Sky Road, Reading, PA 19606, with the court.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 11, 2016 you or your attorney must do all of the following:

    a.    File an answer explaining your position at:

> Clerk's Office of the U. S. Bankruptcy Court
> The Madison, 400 Washington Street
> Reading, PA 19601

> If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b.    Mail a copy to the movant's attorney:

> David S. Gellert, Esquire
> David S. Gellert, P.C.
> 3506 Perkiomen Avenue
> Reading, PA 19606
> (610) 779-8000
> Fax: (610) 370-1393

      2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on October 25, 2016 at 9:30 A.M. in Courtroom #1, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA 19601.

      4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.


Dated:  September 27, 2016                    s/   David S. Gellert
                                                  David S. Gellert, Esquire
                                                  David S. Gellert, P.C.
                                                  3506 Perkiomen Avenue
                                                  Reading, PA 19606
                                                  (610) 779-8000
                                                  Fax:  (610) 370-1393