# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ANTHONY M. KOPICZ | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 15-18750 REF |
| | : | |

## CERTIFICATION OF NO ANSWER

AND NOW, this 12th day of October, 2016, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding Debtor's Motion to Vacate Order Granting Garden State Ventures, LLC, Relief from the Automatic Stay with Regard to 4090 Painted Sky Road, Reading, PA 19606.

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393