United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony M. Kopicz  
    Debtor

Case No. 15-18750-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Oct 14, 2016  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.  
db           +Anthony M. Kopicz,  4090 Painted Sky Road,  Reading, PA 19606-9026  
13750687     +Garden State Ventures, LLC,  c/o Jeremy Doppelt Realty Management, LL,  408 Main Street, Suite 502,  Boonton, NJ 07005-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:  
        DAVID S. GELLERT    on behalf of Debtor Anthony M. Kopicz dsgrdg@ptdprolog.net  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GARDEN STATE VENTURES, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                            TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    ANTHONY M. KOPICZ              :        Chapter 13
                                                :
    Debtor                         :        Bankruptcy No. 15-18750 REF
                                                :

### ORDER

Upon consideration of the Debtor's Motion to Vacate this Court's September 8, 2016 Order Granting Garden State Ventures, LLC, Relief from the Automatic Stay with respect to the Debtor's residence situate at 4090 Painted Sky Road, Reading, PA 19606, and after notice and hearing, it is hereby

**ORDERED** that this Court's Order dated September 8, 2016 granting Garden State Ventures, LLC, relief from the automatic stay with respect to the Debtor's residence situate at 4090 Painted Sky Road, Reading, PA 19606, is hereby vacated.

**Date: October 14, 2016**

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge