# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| ANTHONY M. KOPICZ : | Bankruptcy No. 15-18750 REF |
| : | |
| Debtor : | Chapter 13 |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 16th day of January, 2017, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 23, 2016 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: January 16, 2017

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393