United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-18750-ref
Anthony M. Kopicz                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JeanetteG          Page 1 of 1          Date Rcvd: Jan 18, 2017
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
```
db          +Anthony M. Kopicz,    4090 Painted Sky Road,    Reading, PA 19606-9026
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Jan 19 2017 02:02:54     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2017 02:02:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2017 02:02:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 19 2017 02:06:33
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Anthony M. Kopicz dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GARDEN STATE VENTURES, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    GARDEN STATE VENTURES, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
    ANTHONY M. KOPICZ            :        Bankruptcy No. 15-18750 REF
                                          :
    Debtor                       :        Chapter 13

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, in the amount of $5,000.00 for compensation and the amount of $526.00 for reimbursement of expenses, is hereby approved; $1,310.00 of which has been paid.

BY THE COURT:

**Date: January 18, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge