United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony M. Kopicz  
    Debtor

Case No. 15-18750-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Oct 25, 2017  
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.  
13644053      +Garden State Ventures LLC,   c/o Jeremy Doppelt Realty Mgmt LLC,   408 Main St., Ste. 502,   Boonton, NJ 07005-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
        DAVID S. GELLERT   on behalf of Debtor Anthony M. Kopicz dsgrdg@ptdprolog.net  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   GARDEN STATE VENTURES, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO   on behalf of Creditor   GARDEN STATE VENTURES, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18750-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony M. Kopicz
4090 Painted Sky Road
Reading PA 19606

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/24/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Garden State Ventures LLC, c/o Jeremy Doppelt Realty Mgmt LLC, 408 Main St., Ste. 502, Boonton, NJ 07005 | Garden State Ventures, LLC. C/o SN Servicing Corp. 323 5th Street Eureka, CA  95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/27/17

Tim McGrath
**CLERK OF THE COURT**