United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18750-ref
Anthony M. Kopicz                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: JEGilmore        Page 1 of 1            Date Rcvd: Jan 10, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14003240        +E-mail/Text: bknotices@snsc.com Jan 11 2019 02:54:18     Garden State Ventures, LLC.,
                 C/o SN Servicing Corp.,   323 5th Street,    Eureka, CA 95501-0305
                                                                                                 TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Anthony M. Kopicz dsgrdg@ptdprolog.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GARDEN STATE VENTURES, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT    WATERMAN    swaterman@readingch13.com
          THOMAS I. PULEO    on behalf of Creditor    GARDEN STATE VENTURES, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18750-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony M. Kopicz
4090 Painted Sky Road
Reading PA 19606

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/09/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Garden State Ventures, LLC., C/o SN Servicing Corp., 323 5th Street, Eureka, CA  95501 | U.S. Bank Trust National Association, as Trustee<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/12/19

Tim McGrath
**CLERK OF THE COURT**