```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-18750-pmm
Anthony M. Kopicz                                               Chapter 13
       Debtor              CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore             Page 1 of 2                   Date Rcvd: Jul 07, 2020
                              Form ID: pdf900             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +Anthony M. Kopicz,    4090 Painted Sky Road,    Reading, PA 19606-9026
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
13644053       +Garden State Ventures LLC,    c/o Jeremy Doppelt Realty Mgmt LLC,    408 Main St., Ste. 502,
                Boonton, NJ 07005-3701
13750687       +Garden State Ventures, LLC,    c/o Jeremy Doppelt Realty Management, LL,
                408 Main Street, Suite 502,    Boonton, NJ 07005-3701
13644055        HSBC Card Services,    P. O. Box 80084,   Salinas, CA 93912-0084
13644057       +Matthew Fissel, Esquire,    KML Law Group, P.C.,    701 Market St., Ste. 5000,
                Philadelphia, PA 19106-1541
13644060       +Susan D. Kopicz,   4090 Painted Sky Rd.,    Reading, PA 19606-9026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2020 05:05:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 08 2020 05:06:14     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 05:10:45
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 05:11:15
                Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr              E-mail/Text: bknotices@snsc.com Jul 08 2020 05:06:32     SN Servicing,
                c/o Kathy Watson, Bankruptcy Asset Mgr.,    323 5th Street,    Eureka, CA 95501
13644047        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 08 2020 05:11:13     Capital One,
                P. O. Box 30285,   Salt Lake City, UT 84130-0285
13644048        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 08 2020 05:11:01
                Capital One Auto Finance,    P. O. Box 93016,   Long Beach, CA 90809-3016
13649022       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 05:10:45
                Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept. APS,
                Oklahoma City, OK 73118-7901
13644051       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 08 2020 05:10:45
                Capital One Auto Finance,    7933 Preston Rd.,   Plano, TX 75024-2302
13644050       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 08 2020 05:10:45
                Capital One Auto Finance,    3901 Dallas Pkwy.,   Plano, TX 75093-7864
13644049       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 08 2020 05:11:01
                Capital One Auto Finance,    3905 N. Dallas Pkwy.,   Plano, TX 75093-7892
13646706       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 05:11:01
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
13644052       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 08 2020 05:11:02     Credit One Bank,
                P. O. Box 98873,   Las Vegas, NV 89193-8873
13840762       +E-mail/Text: dsgrdg@ptdprolog.net Jul 08 2020 05:05:51     David S. Gellert, Esquire,
                David S. Gellert, P.C.,    3506 Perkiomen Avenue,   Reading, PA 19606-2711
14003240       +E-mail/Text: bknotices@snsc.com Jul 08 2020 05:06:31     Garden State Ventures, LLC.,
                C/o SN Servicing Corp.,    323 5th Street,   Eureka, CA 95501-0305
13644054       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2020 05:11:15
                HSBC Bank Nevada, N.A.,    c/o PRA Receivables Mgmt.,   P. O. Box 12907,
                Norfolk, VA 23541-0907
13644056        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 05:10:46     LVNV Funding LLC,
                Resurgent Capital Services,    P. O. Box 10587,   Greenville, SC 29603-0587
13644058       +E-mail/Text: bncmail@w-legal.com Jul 08 2020 05:06:10     Ophrys LLC,    c/o Weinsten & Riley PS,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13644059        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2020 05:10:45
                Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,   Norfolk, VA 23502
14280983        E-mail/Text: bknotices@snsc.com Jul 08 2020 05:06:31     SN Servicing,
                as servicer for U.S. Bank Trust NA,    c/o Kathy Watson, Bankruptcy Asset Mgr.,
                323 5th Street,   Eureka, CA 95501
14360492       +E-mail/Text: bknotices@snsc.com Jul 08 2020 05:06:31
                U.S. Bank Trust National Association as Trustee,    of the Lodge Series III Trust,
                c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
14255944       +E-mail/Text: bknotices@snsc.com Jul 08 2020 05:06:32
                U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                Eureka, CA 95501-0305
                                                                                              TOTAL: 22
```

```
District/off: 0313-4          User: JEGilmore           Page 2 of 2                   Date Rcvd: Jul 07, 2020
                              Form ID: pdf900           Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association as Trustee of
cr*            +Garden State Ventures, LLC.,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
13644046       ##+Ashleigh Levy Marin, Esq.,    Zucker Goldberg & Ackerman,    200 Sheffield St., Ste. 101,
                 Mountainside, NJ 07092-2315
                                                                                         TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

```
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the
               Lodge Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              DAVID S. GELLERT    on behalf of Debtor Anthony M. Kopicz dsgrdg@ptdprolog.net
              JOSHUA I. GOLDMAN    on behalf of Creditor    GARDEN STATE VENTURES, LLC
               Josh.Goldman@padgettlawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    GARDEN STATE VENTURES, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ANTHONY M. KOPICZ<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 15-18750-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 7, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE