| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-18750-PMM**

ANTHONY M. KOPICZ
4090 PAINTED SKY ROAD
READING  PA    19606

Petition Filed Date: 12/08/2015
341 Hearing Date: 03/29/2016
Confirmation Date: 12/22/2016

Case Status: Dismissed Before Confirmation on 7/ 7/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2019 | $3,965.00 | 5190692 | 09/10/2019 | $3,965.00 | 5190879 | 12/10/2019 | $2,400.00 | 5190993 |

**Total Receipts for the Period: $10,330.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,109.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SN SERVICING CORPORATION<br>»»  002 | Mortgage Arrears | $33,422.99 | $25,135.64 | $8,287.35 |
| 3 | DAVID S GELLERT ESQ<br>»»  003 | Attorney Fees | $4,216.00 | $4,216.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,109.00 | Current Monthly Payment: | $793.00 |
| Paid to Claims: | $29,351.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,757.36 | Total Plan Base: | $41,604.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.